| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| THOMAS LEWIS,<br><br>      Plaintiff,<br><br>*versus*<br><br>BEAUMONT POLICE DEP'T, *et al.*,<br><br>      Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 1:18-CV-95<br>§<br>§<br>§<br>§ |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Thomas Lewis, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against the Beaumont Police Department and the State of Texas.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the action.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

SIGNED at Beaumont, Texas, this 23rd day of April, 2018.

                                                        MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#4) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.